UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CORDOVA HERNANDEZ, | No. 1:26-cv-03754-DJC-CKD |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al., | A# 242-177-604 |
| Respondents. | |

Petitioner Pedro Cordova Hernandez is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1). The Court has previously addressed the legal issues raised in the Petition. *See Morillo v. Albarran*, No. 1:25-cv-01533-DJC-AC, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025); *see also E.L.D.M. v. Becerra*, No. 1:25-cv-01906-DJC-JDP, 2025 WL 3707140 (E.D. Cal. Dec. 22, 2025).

Pursuant to 28 U.S.C. § 2243, the Court directed Respondents to file a return showing cause why the Court should not grant a writ of habeas corpus and identify any factual or legal issues in this case that distinguish it from the Court's prior orders. (ECF No. 3.) Respondents note that the circumstances of Petitioner's detention involved dangerous conduct but otherwise do not distinguish this case from the

1

Court's prior orders.  (ECF No. 6 at 1.)  This does not alter that Petitioner is statutorily entitled to a bond hearing.

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED for the reasons stated in those prior orders.

Within fourteen (14) days of this Order, Respondents shall afford Petitioner Pedro Cordova Hernandez is a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.  If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

The Clerk of the Court is directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:    **May 24, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2